1020

**John B. WELP, Appellant, v. UNITED STATES of America.**

No. 12038.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

R. P. Roedell and Richard Roedell, both of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court. Defendant ordered to surrender to custody, etc.

**John Lee BYRNES v. UNITED STATES.**

No. 9654.

Circuit Court of Appeals, Ninth Circuit.

June 30, 1941.

S. W. Thompson, of Los Angeles, Cal., for appellant.

Wm. Fleet Palmer, U. S. Atty., and Ralph E. Lazarus, Asst. U. S. Atty., both of Los Angeles, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

This matter coming before the court on default of appellant in paying estimated expense of printing the transcript of record as required by rule 19, and appellant being in default, and making no appearance in open court or response to notice issued that the default would be called to the attention of this court on June 30, 1941, ordered appeal herein dismissed for failure of appellant to comply with the provisions of rule 19 of the rules of this court, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

**Von WILSON and Fred Crow, Appellants, v. UNITED STATES of America.**

No. 11931.

Circuit Court of Appeals, Eighth Circuit.

June 21, 1941.

A. H. Garner, of Joplin, Mo., and R. Bowland Ritchie, of Wichita, Kan., for appellant Fred Crow.

Maurice M. Milligan, U. S. Atty., and Otto Schmid, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal as to Fred Crow dismissed under provisions of rule 37, without prejudice to appellant Von Wilson to prosecute appeal in his behalf. Appellant Fred Crow ordered to surrender, etc.

**BEATRICE CREAMERY COMPANY, Appellant, v. UNITED STATES of America.**

No. 12032.

Circuit Court of Appeals, Eighth Circuit.

June 9, 1941.

H. J. Hoffmann, of Dubuque, Iowa, for appellant.

Tobias E. Diamond, U. S. Atty., of Sheldon, Iowa, and Leo. F. Tierney, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from United States District Court dismissed on motion of appellant and consent of appellee, without costs to either party in this court.